IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNNY LEE ANDREWS, JR.                                                              PLAINTIFF

v.                                      Case No. 1:24-cv-01027

SHERIFF RICKY ROBERTS,
Union County, Arkansas;
GAYLA TELANO, Kitchen
Supervisor (Diet Tech), Union County
Detention Center (UCDC);
DR. DEANA HOPSON;
NURSE KASEY SANFORD;
CAPTAIN LISA WORLEY; and
BILLY PERRY, UCDC                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 7, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 25). Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 22) be granted and that Plaintiff's Complaint be dismissed without prejudice.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 22) is hereby **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge